UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  17-32327 |
| | ) | |
| Lakesha L. Clay | ) | Chapter:  13 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN AND SHORTENING NOTICE

This matter coming to be heard on Debtor's Motion to Modify Plan and Shorten Notice, due Notice having been given to all parties of interest and the Court having jurisdiction over the matter and being fully advised in the premises;

IT IS HERBY ORDERED:

1. Default is deferred to the end of the chapter 13 plan.

2. Notice is shortened to 12 days.

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  October 03, 2018

**Prepared by:**

Arthur Corbin
Corbin Law Firm, LLC
2500 E. Devon Ave., Ste. 200
Des Plaines, IL 60018
p.773-570-0054 f. 773-570-5449